# EXHIBIT A

```
                    CIRCUIT COURT FOR BALTIMORE CITY
                            Xavier A. Conaway
                         Clerk of the Circuit Court
                              Courthouse East
                         111 North Calvert Street
                                 Room 462
                            Baltimore, MD 21202-
                 (410)-333-3722, TTY for Deaf: (410)-333-4389
```

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )

Case Number: 24-C-22-005370 OT
C I V I L

Antoine Newkirk, et al vs Harbor East Parcel D-Hotel, LLC

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

```
        To: HARBOR EAST PARCEL D-HOTEL, LLC
            (TRA) Four Seasons Hotel Baltimore
Serve On: George J. Philippou, Esq.
            650 S Exeter St.
            Suite 200
            Baltimore, MD 21202
```

You are hereby summoned to file a written response by pleading or motion, within 30   days after service of this summons upon you, in this court, to the attached Complaint filed by:   Antoine Newkirk
535 46th St.
Baltimore, MD 21224

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   03/27/23

Xavier A. Conaway
Clerk of the Circuit Court, per _____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

```
                    CIRCUIT COURT FOR BALTIMORE CITY
                            Xavier A. Conaway
                         Clerk of the Circuit Court
                              Courthouse East
                          111 North Calvert Street
                                 Room 462
                            Baltimore, MD 21202-
                  (410)-333-3722, TTY for Deaf: (410)-333-4389
```

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
                                         Case Number: 24-C-22-005370 OT
                                              C I V I L
Antoine Newkirk, et al vs Harbor East Parcel D-Hotel, LLC

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: HARBOR EAST PARCEL D-HOTEL, LLC
        (TRA) Four Seasons Hotel Baltimore
        200 International Dr.
        Baltimore, MD 21202


    You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Antoine Newkirk
                              535 46th St.
                              Baltimore, MD 21224

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 03/27/23

                              Xavier A. Conaway
                              Clerk of the Circuit Court, per_____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

IN THE CIRCUIT COURT FOR Baltimore City
(City/County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS
*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).
*Defendant:* You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

FORM FILED BY: ☒ PLAINTIFF ☐ DEFENDANT      CASE NUMBER _____ (Clerk to insert)
CASE NAME: Antoine Newkirk, et al. _____ vs. Four Seasons Hotel Baltimore
                  Plaintiff                                                         Defendant
PARTY'S NAME: AntoineNewkirk _____          PHONE: _____
PARTY'S ADDRESS: 535 46th Street Baltimore MD 21224
PARTY'S E-MAIL: _____

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: Michael E. Glass, MBA, Esq.     PHONE: 410-779-0600
PARTY'S ATTORNEY'S ADDRESS: 201 N. Charles Street, Suite 1900 Baltimore Md 21201
PARTY'S ATTORNEY'S E-MAIL: mglass@mglasslaw.com
JURY DEMAND? ☒ Yes ☐ No
RELATED CASE PENDING? ☐ Yes ☒ No  If yes, Case #(s), if known: _____
ANTICIPATED LENGTH OF TRIAL?: ___ hours  2 days

### PLEADING TYPE
New Case: ☒ Original      ☐ Administrative Appeal      ☐ Appeal
Existing Case: ☐ Post-Judgment      ☐ Amendment
*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt:_____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☒ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 12/2022)                    Page 1 of 3

### IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☒ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☒ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000     ☐ $10,000 - $30,000     ☐ $30,000 - $100,000     ☒ Over $100,000

☐ Medical Bills $ _____     ☐ Wage Loss $ _____     ☐ Property Damages $ _____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation        ☒ Yes ☐ No            C. Settlement Conference   ☒ Yes ☐ No
B. Arbitration      ☐ Yes ☒ No            D. Neutral Evaluation      ☒ Yes ☐ No

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

### ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*

*(Case will be tracked accordingly)*

☐ 1/2 day of trial or less        ☐ 3 days of trial time
☐ 1 day of trial time             ☐ More than 3 days of trial time
☐ 2 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions,* if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.

☐ **Expedited** - Trial within 7 months of Defendant's response        ☐ **Standard** - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

CC-DCM-002 (Rev. 12/2022)                             Page 2 of 3

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.* |
| ☐ **Expedited** - Trial within 7 months of Defendant's response    ☐ **Standard** - Trial within 18 months of Defendant's response |

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☒ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

December 30, 2022
Date

201 N. Charles Street, Suite 1900
Address

Baltimore    MD    21201
City    State    Zip Code

*/s/* 9106200098
Signature of Attorney / Party    Attorney Number

Michael E. Glass, MBA, Esq.
Printed Name

CC-DCM-002 (Rev. 12/2022)    Page 3 of 3

| | |
|---|---|
| ANTOINE NEWKIRK and<br>TONYA JONES<br>535 46th Street<br>Baltimore, MD  21224 | *<br>*<br>* |
| Plaintiffs, | * IN THE CIRCUIT COURT |
| v. | * OF MARYLAND |
|  | * FOR |
| HARBOR EAST PARCEL<br> D-HOTEL, LLC t/a<br>FOUR SEASONS HOTEL BALTIMORE<br>200 International Drive<br>Baltimore, MD  21202 | * BALTIMORE CITY<br>*<br>* Case No.: 24-C-22-00_____ |
| Serve On Resident Agent:<br>George J. Philippou, Esq.<br>650 S. Exeter Street, Suite 200<br>Baltimore, Maryland 21202 | *<br>*<br>* |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT AND DEMAND FOR JURY TRIAL

**NOW COMES** Plaintiffs Antoine Newkirk and Tonya Jones, Plaintiffs (herein "Plaintiffs" or "Newkirk" and "Jones"), by and through undersigned counsel, and sue Defendant, Harbor East Parcel D-Hotel, LLC t/a Four Seasons Hotel Baltimore (herein "Defendant" or "Four Seasons"), and says in support:

### Parties

1.  Plaintiff Antoine Newkirk is an African American male who at the time of the facts giving rise to this claim was 21 years of age.

2.  Plaintiff Tonya Jones is an African American and Hispanic female who at the time of the facts giving rise to this claim was 21 years of age. Newkirk and Jones were and are boyfriend and girlfriend.

3.  Defendant Four Seasons is a hotel operating and located in Baltimore City, Maryland.

### Venue and Jurisdiction

4.  Plaintiffs are resident of Baltimore City, Maryland and all facts arose in Baltimore City where Defendant Four Seasons is located.  Venue is therefore proper in Baltimore City, Maryland.

5. Plaintiffs filed a charge with the Maryland Commission on Civil Rights on April 2, 2020 which was signed on April 10, 2020 (attached hereto as **Exhibit 1**) in compliance with 42 U.S. Code §2000a-3(c) giving rise to Charge MCCR# 2004-0194.

## Facts Common to All Counts

6. Mr. Newkirk and his girlfriend, Tonya Jones, were both 21 years of age on December 31, 2019. For New Year's Eve, Mr. Newkirk had planned for he and his girlfriend to stay at a Five Star, first-class hotel, the Four Seasons, something that he and his girlfriend had never done. Indeed, he had saved hard-earned money so that he and Ms. Jones could experience a very special night. They planned to go out to dinner, go to the fireworks at the Inner Harbor, and then retire to and spend the night in a luxurious room at the Four Seasons Hotel.

7. On New Year's Eve at around 7 pm, Newkirk and Jones came to the Four Seasons Hotel Baltimore and inquired as to room availability. A woman with a name tag that read "Hannah M" served Mr. Newkirk and his girlfriend.

8. At first, Mr. Newkirk was quoted a price of $435.00 for a room, with an estimated total of $511.13. (a copy of the receipt which is attached as **Exhibit 2**). Mr. Newkirk presented a debit card ending in 3640 to make payment. Even though the amount was $511.13, Hannah M attempted t o charge Mr. Newkirk $600.00, and then $630.00.

9. At the time the card was presented, Mr. Newkirk had $1,011.52 in his PNC bank account (as has been verified by PNC Bank). When Hannah M ran the card, however, she ran it for $600.00; Hannah M then told Mr. Newkirk that the card had been declined. Mr. Newkirk went to his bank, which confirmed that Hannah M mis-keyed the transaction seemingly to intentionally cause the card to be declined. Indeed, the reason given for the Decline was "Merchant Processing," which indicates

error on the part of the merchant, Four Seasons Hotel, and specifically, Hannah M. See bank printout of the transaction attached as **Exhibit 13**

10. At the time, Mr. Newkirk called his bank and put the phone on speaker. Mr. Newkirk was informed, with Hannah M listening, that Hannah M was entering the key code incorrectly. Hannah M tried the card twice and entered it incorrectly twice. Hannah M told Mr. Newkirk that the card was not working, and she did not feel comfortable continuing to try since she was concerned "that the cards was stolen," and that Mr. Newkirk "was using someone else's card."

11. Mr. Newkirk then told her that that was ok, that he would withdraw cash. Hannah M then informed Mr. Newkirk that she would charge him an additional $300.00. Undaunted, Mr. Newkirk then went to the ATM and came back with $800.00 in cash, and presented $600.00. There was a different woman (with long black hair) at the desk. When she saw Mr. Newkirk, the woman got Hannah M, who took over.

12. Hannah M said "you're back," at which point Mr. Newkirk said that he was, indeed, back and had cash. Hannah M then said that she had to check the cash and condescendingly told Mr. Newkirk that she had to "make sure that the money was not counterfeit." She further indicated that she would have to charge Mr. Newkirk an additional $300.00 for paying cash. She then told Mr. Newkirk that "he may be better off going to a Motel 6."

13. Hannah M and the others behind the desk then began laughing at Mr. Newkirk and his Ms. Jones. Mr. Newkirk and his girlfriend witnessed other Caucasian patrons come up to Hannah M (and other hotel employees at the counter), inquire as to availability, and be given rooms. Indeed, it was very clear to Mr. Newkirk and his girlfriend and that they were being charged an extra $300 dollars because of their race as African Americans, given that the other patrons were Caucasian and were being waited on without incident. Hannah M's comment to "go check into a Motel 6" was clearly intended to humiliate Mr. Newkirk and his girlfriend, make them feel out of place, and was made with

3

evil intent to cause them mental pain and anguish. The comment was further intended to make Newkirk and Jones feel that they were not welcome and did not belong at the Four Seasons because they were Black.

14. As a consequence, what started out as what was to be a celebratory, joyous occasion, turned out to be a horrible, humiliating experience. Mr. Newkirk and his girlfriend were so distraught, they simply went home and forewent the New Year festivities. This experience was particularly painful for Mr. Newkirk since he suffers from depression.

15. Hannah M's conduct was inexcusable. Mr. Newkirk and Ms. Jones, unlike Caucasian patrons, were denied service. Mr. Newkirk had the funds to pay for a room either by credit card or cash. No reason was given for the denial of service and the only difference between Mr. Newkirk and Ms. Jones and other patrons who were given rooms during the same time period was Plaintiffs' race, and specifically that they were African American.

16. But for Plaintiffs' race, Plaintiffs would have been permitted to purchase a room for the night at the Four Seasons Hotel Baltimore, and to enjoy the benefits of the Defendant's hotel and hotelier services.

17. At all times relevant hereto, Defendant employed Hannah M. and other employees that waited on patrons and accepted payment for rooms at The Four Seasons Hotel Baltimore.

18. On December 31, 2019, Hannah M. and other agents, servants, and/or employees denied Plaintiffs service at The Four Seasons Hotel Baltimore based on the color of their skin causing Plaintiffs to sustain severe injuries.

19. The above-described acts of Hannah M and Defendant's other employees interacting with Plaintiffs were committed within the scope of their employment with The Four Seasons Hotel Baltimore, in that they committed them while on duty, inside of Defendant's place of business, and in furtherance of Defendant's interests.

4

20. As the employer of Hannah M and the other employees who interacted with Plaintiffs on December 31, 2019, Defendant is responsible for all of the acts they commit within the scope of their employment, including the subject acts and omissions complained of herein.

## Count One – 42 U.S.C. §1981

21. The averments and allegations of the previous and following paragraphs are incorporated as if fully set forth herein.

22. Plaintiffs are African-Americans who are members of a protected class under 42 U.S.C. 1981.

23. On December 31, 2019, Plaintiffs sought to enter into a contractual relationship with Defendant.

24. On December 31, 2019, Plaintiffs met the Defendant's ordinary requirements to pay for and to receive goods, services, and specifically use of a hotel room ordinarily provided by the Defendant to other similarly situated customers.

25. On December 31, 2019, Defendant denied Plaintiffs the opportunity to contract for goods, services and specifically use of a hotel room for the night that were otherwise afforded to white customers.

26. Defendant authorized and/or ratified the acts described herein because the agent(s) and/or employee(s) of the Defendant including Hannah M engaged in the conduct.

27. The Defendant's actions described herein were reprehensible.

28. The Defendant's conduct was witnessed by other employees and patrons in the hotel, including by Mr. Newkirk's girlfriend.

29. Plaintiffs request all appropriate remedies for violation of 42 USC 1981.

WHEREFORE, each Plaintiff individually demands judgment against Defendant in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, punitive damages, with

5

interest and costs, including attorney's fees under 42 U.S.C. 1988(b) and other such costs as the court may deem appropriate.

### Count Two – Title II of the Civil Rights Act of 1964
### (42 U.S.C. §2000a *et seq.*)

30. The averments and allegations of the previous and following paragraphs are incorporated as if fully set forth herein.

31. 42 U.S.C. 52000(a) provides "[alll persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, as defined in this section, without discrimination on the ground of race, color, religion, or national origin."

32. The Defendant through its actions or through the actions of its employees implemented policies and practices that denied Plaintiffs, on account of their race full and equal enjoyment of the goods, services, facilities, and accommodations of the Four Seasons Hotel Baltimore.

33. On December 31, 2019, Plaintiffs came to the Defendant's hotel to enjoy the services it provided but were denied those services that other patrons were permitted to enjoy simply because of their race.

34. On December 31, 2019, Defendant denied Plaintiffs the opportunity of the goods and/or services at the Four Seasons Hotel Baltimore that were otherwise afforded other customers.

35. The Four Seasons Hotel Baltimore is a place of public accommodation within the meaning of 42 U.S.C. 2000(a)(b).

36. A substantial portion of the food and/or drink and/or other products and supplies of the Four Seasons Hotel Baltimore has moved in interstate commerce and as such the operation of the Four Seasons Hotel Baltimore affects commerce within the meaning of 42 U.S.C. 2000(a)(c).

37. Defendant authorized and/or ratified the acts described herein of their agents, servants, and/or employees including Hannah M who were engaged in the unlawful conduct.

38. The Defendant's actions described herein were reprehensible.

39. The Defendant's conduct was witnessed by other employees and patrons in the hotel.

40. The Defendant's conduct constitutes the resistance of the full and equal enjoyment by Plaintiffs on account of these individuals' race secured by 42 U.S.C. 2000(a) *et seq.* and the practice is of such a nature and is intended to deny the full exercise of such rights.

WHEREFORE Plaintiffs request all appropriate relief for violation of Title II of the Civil Rights Act of 1964 including, but not limited to, injunctive relief, declaratory relief, and attorney's fees.

### Count Three – Violation of The Maryland Consumer Protection Act
### (MD Code Ann., Comm. Law §§ 13-301 *et seq.*)

41. The averments and allegations of the previous and following paragraphs are incorporated as if fully set forth herein.

42. The provision and sale for use of hotel rooms that forms the basis of the present suit constitutes a qualifying consumer transaction within the meaning of the Maryland Consumer Protection Act (MD Code Ann., Comm. Law, §§13-301, *et seq.*; hereinafter "MCPA").

43. Defendant has engaged in unfair and deceptive trade practices within the meaning of the MCPA by, among other things, (a) intentionally mis-keying the credit card number so that the payment would be rejected, and then misrepresenting to Plaintiffs that Mr. Newkirk's credit card had been denied; (b) misrepresenting and inflating the price of the room when Plaintiffs offered to pay cash, (c) denying Plaintiffs a hotel room even though they had the financial means to pay; and (d) steering Plaintiffs to a less luxurious hotel and suggesting that they would be more comfortable there.

44. Defendant's misrepresentations to Plaintiff, failure to follow proper legal procedure and process in selling use of a hotel room, mis-keying a credit card so the payment would not go through,

7

and refusing to sell use of a hotel room to Plaintiffs violates the MCPA and constitutes a deceptive or unfair trade practice within the meaning of the MCPA.

45. As a result of Defendant's actions and misrepresentations, Plaintiffs have suffered harm and are entitled to obtain relief pursuant to the MCPA.

46. Plaintiffs have been damaged by Defendants direct and indirect actions, described herein through the misrepresentations and illegal practices engaged in denying Plaintiffs a hotel room that has caused them damage, mental pain and suffering, cost them legal fees and expenses to enforce their rights, cost them medical expenses, and caused them physical and emotional damages due to the stress and other physical manifestations caused by the illegal acts described herein.

WHEREFORE, each Plaintiff individually demands judgment against Defendant in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, punitive damages, with interest and costs, including attorney's fees pursuant to MD Code Ann., Comm. Law, §13-408(b) and other such costs and remedies as the court may deem appropriate.

Respectfully submitted,

Michael Glass, MBA, Esquire
CPF# 9106200098
Federal Trial Bar # 11805
The Michael Glass Law Firm
201 N. Charles Street, Suite 1900
Baltimore, Maryland 21201
410-779-0600; 410-814-4604 (f)
mglass@mglasslaw.com

*Attorneys for Plaintiffs Antoine Newkirk and Tonya Jones*

### Demand for Jury Trial

Plaintiffs demands a trial by jury.

_____
Michael Glass, MBA, Esquire

9

| EEOC Form 5 (11/09) | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[ ] EEOC | Agency(ies) Charge No(s):<br>12F-2020-00843 |
| Maryland Commission on Civil Rights | | and EEOC |
| *State or local Agency, if any* | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Year of Birth |
|---|---|---|
| Mr. Antione Newkirk | (443) 813-3509 | 1998 |

Street Address: 535 46th Street, Baltimore, MD 21224

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FOUR SEASONS HOTEL BALTIMORE | 15-100 | (410) 576-5800 |

Street Address: 200 International Drive, Baltimore, MD 21202

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[X] OTHER (Public Accommodation)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-31-2019    Latest: 12-31-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Issues: Denial of Service

I believe that I was discriminated against based on my race (African American), because:

On or about December 31, 2019, I attempted to reserve a room at the Respondent's hotel. However, because of my race, Hannah (Last Name Unknown) (Caucasian), Manager intentionally declined my credit cards, treated me disrespectfully, and even refused to accept my cash as a payment. Hannah further stated, "You may be better off going to a Motel 6." In contrast, during the same time period, Hannah assisted several Caucasian customers reserve rooms without incident.

Consequently, I believe that any reason the Respondent gives for denying me the full and equal enjoyment of goods, services, privileges, advantages, and accommodations is a pretext to discriminate against me on the basis of my race.

I solemnly affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

MCCR Authorization _____    Date _____ pw

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |
| 4/10/20        [signature]<br>Date        Charging Party Signature | |

PLAINTIFF'S EXHIBIT 1



# FOUR SEASONS
## HOTEL
### BALTIMORE

Mr. Antione Newkirk
NAME (Title, First Name, Last Name)

Apple Head 0228 @ gmail.com
EMAIL

443-813-3509
MOBILE NUMBER

535 46th St Baltimore MD 21224
ADDRESS   ☑ HOME   ☐ BUSINESS

ADDRESS           POSTAL CODE

UNK               USA
STATE / PROVINCE   COUNTRY / REGION

12/31/19 - 01/01/20
STAY DATE

1 / 0
ADULTS / CHILDREN

City View - King Bed
ROOM TYPE

435.00 USD
RATE   (Rate Change Exists)

USD
DEPOSIT

511.13 USD
ESTIMATED TOTAL

VA XXXXXXXXXXXX3640
METHOD OF PAYMENT

Any smoking in a non-smoking room will result in a deep cleaning fee.

I understand that my signature on the registration card is authorization for use of the credit card on file for payment of my account for this and future stays. I agree that my liability for this bill is not waived, and agree to be held personally liable in the event that the indicated person, company, or other third party billed, fails to pay part or all of these charges.

I understand that Four Seasons is not responsible for money, jewels or other valuables that have been misplaced, stolen or left in guestrooms, meeting rooms, public areas, family and/or hotel vehicles. Safe deposit boxes are available at the Front Desk.

Four Seasons may from time to time send you electronic communications with promotions, exclusive offers, and other information regarding our properties.
[ ] Check here if you do not wish to receive these electronic communications.

Further information about our privacy practices is set out in the Four Seasons Privacy Policy, available at our Front Desk or at www.fourseasons.com/privacy.



PLAINTIFF'S EXHIBIT 2

X _____
GUEST SIGNATURE

Four Seasons Hotels and Resorts. 1165 Leslie Street, Toronto, Ontario, M3C2K8, www.fourseasons.com

200 International Drive, Baltimore, Maryland 21202, U.S.A / Tel. +1 (410) 576-5800

| | | | | |
|---|---|---|---|---|
| 12/31/2019 07:48:03 PM | $600.00 | FOUR SEASONS BALTIBALTIMORE MD840 | NON-PIN POS | MERCHANT PROCESSING ERROR |
| 12/31/2019 07:42:58 PM | $600.00 | FOUR SEASONS BALTIBALTIMORE MD840 | NON-PIN POS | MERCHANT PROCESSING ERROR |



PLAINTIFF'S EXHIBIT 3