# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **Chambers of**<br>Richard D. Bennett<br>United States District Judge<br>Northern Division | U.S.Courthouse - Chambers 5D<br>101 W. Lombard Street<br>Baltimore, MD 21201<br>Tel: 410-962-3190<br>Fax: 410-962-3177 |

February 14, 2024

### LETTER ORDER

TO: COUNSEL OF RECORD

    RE:   *Newkirk et al. v. Harbor East Parcel D. Hotel, LLC*
            Civil No. RDB-23-1218

Dear Counsel:

This will confirm that a Motions Hearing has been scheduled as follows:

**Motions Hearing**                    February 23, 2024 at 11:00 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                Sincerely,

                 /s/

                Richard D. Bennett
                United States District Judge